NUMBER 13-08-00617-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JOE FARAH, JOE FARAH D/B/A 

LA FOURCH, INC. AND LA FOURCH, INC., Appellants,


v.



PUERTO DEL PADRE D/B/A ANCHOR 

RESORT CO-OWNERS ASSOCIATION, Appellee. 

 

_____________________________________________________________


On Appeal from the 347th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 The appellants have filed a voluntary motion to vacate trial court judgment and
dismiss case by agreement, pursuant to settlement. The motion requests a judgment from
this Court effectuating the parties' agreement. See Tex. R. App. P. 42.1(a)(2)(A). Pursuant
to a Mutual Release of all claims executed by all parties, appellants have agreed to
voluntarily dismiss this appeal and appellees have agreed to a judgment from this Court
that the trial court's judgment will be vacated and that this case will be dismissed. The
parties have further agreed that all costs of court will be taxed against the party incurring
same. 

 We RENDER judgment effectuating the parties' settlement agreement, GRANT the
motion to vacate the trial court's judgment and DISMISS the appeal. All costs of court are
taxed against the party incurring same. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 8th day of January, 2009.